## NJ Affordable Homes
### Investor Activity

| ACCT | Last Name | First Name | Date | Deposit | Withdrawal/ Interest Payment | Accrued Interest | Description | Account Balance |
|---|---|---|---|---|---|---|---|---|
| DG6682 | DINATALE (AR-20% 1/15/2005) | GIOVANNI | 01/13/96 | 25,000.00 | - | - | Deposit | 25,000.00 |
| DG6682 | DINATALE (AR-20% 1/15/2005) | GIOVANNI | 03/13/96 | 25,000.00 | - | - | Deposit | 50,000.00 |
| DG6682 | DINATALE (AR-20% 1/15/2005) | GIOVANNI | 03/31/96 | - | - | 986.30 | Interest Earned | 50,986.30 |
| DG6682 | DINATALE (AR-20% 1/15/2005) | GIOVANNI | 06/30/96 | - | - | 1,911.99 | Interest Earned | 52,898.29 |
| DG6682 | DINATALE (AR-20% 1/15/2005) | GIOVANNI | 09/06/96 | 50,000.00 | - | - | Deposit | 102,898.29 |
| DG6682 | DINATALE (AR-20% 1/15/2005) | GIOVANNI | 09/30/96 | - | - | 2,476.84 | Interest Earned | 105,375.12 |
| DG6682 | DINATALE (AR-20% 1/15/2005) | GIOVANNI | 12/31/96 | - | - | 3,951.57 | Interest Earned | 109,326.69 |
| DG6682 | DINATALE (AR-20% 1/15/2005) | GIOVANNI | 03/31/97 | - | - | 4,099.75 | Interest Earned | 113,426.44 |
| DG6682 | DINATALE (AR-20% 1/15/2005) | GIOVANNI | 06/30/97 | - | - | 4,253.49 | Interest Earned | 117,679.93 |
| DG6682 | DINATALE (AR-20% 1/15/2005) | GIOVANNI | 09/30/97 | - | - | 4,413.00 | Interest Earned | 122,092.93 |
| DG6682 | DINATALE (AR-20% 1/15/2005) | GIOVANNI | 12/31/97 | - | - | 4,578.49 | Interest Earned | 126,671.42 |
| DG6682 | DINATALE (AR-20% 1/15/2005) | GIOVANNI | 03/31/98 | - | - | 4,750.18 | Interest Earned | 131,421.60 |
| DG6682 | DINATALE (AR-20% 1/15/2005) | GIOVANNI | 05/12/98 | 50,000.00 | - | - | Deposit | 181,421.60 |
| DG6682 | DINATALE (AR-20% 1/15/2005) | GIOVANNI | 06/30/98 | - | - | 5,935.16 | Interest Earned | 187,356.75 |
| DG6682 | DINATALE (AR-20% 1/15/2005) | GIOVANNI | 09/30/98 | - | - | 7,025.88 | Interest Earned | 194,382.63 |
| DG6682 | DINATALE (AR-20% 1/15/2005) | GIOVANNI | 12/31/98 | - | - | 7,289.35 | Interest Earned | 201,671.98 |
| DG6682 | DINATALE (AR-20% 1/15/2005) | GIOVANNI | 01/11/99 | - | 27,000.00 | - | Withdrawal | 174,671.98 |
| DG6682 | DINATALE (AR-20% 1/15/2005) | GIOVANNI | 03/31/99 | - | - | 6,550.20 | Interest Earned | 181,222.18 |
| DG6682 | DINATALE (AR-20% 1/15/2005) | GIOVANNI | 06/30/99 | - | - | 6,795.83 | Interest Earned | 188,018.01 |
| DG6682 | DINATALE (AR-20% 1/15/2005) | GIOVANNI | 09/30/99 | - | - | 7,050.68 | Interest Earned | 195,068.69 |
| DG6682 | DINATALE (AR-20% 1/15/2005) | GIOVANNI | 11/16/99 | - | 25,000.00 | - | Withdrawal | 170,068.69 |
| DG6682 | DINATALE (AR-20% 1/15/2005) | GIOVANNI | 12/16/99 | - | 5,000.00 | - | Withdrawal | 165,068.69 |
| DG6682 | DINATALE (AR-20% 1/15/2005) | GIOVANNI | 12/31/99 | - | - | 6,964.93 | Interest Earned | 172,033.62 |
| DG6682 | DINATALE (AR-20% 1/15/2005) | GIOVANNI | 03/31/00 | - | - | 6,451.26 | Interest Earned | 178,484.89 |
| DG6682 | DINATALE (AR-20% 1/15/2005) | GIOVANNI | 06/30/00 | - | - | 6,693.18 | Interest Earned | 185,178.07 |
| DG6682 | DINATALE (AR-20% 1/15/2005) | GIOVANNI | 09/30/00 | - | - | 6,944.18 | Interest Earned | 192,122.25 |
| DG6682 | DINATALE (AR-20% 1/15/2005) | GIOVANNI | 12/31/00 | - | - | 7,204.58 | Interest Earned | 199,326.83 |
| DG6682 | DINATALE (AR-20% 1/15/2005) | GIOVANNI | 03/31/01 | - | - | 7,474.76 | Interest Earned | 206,801.59 |
| DG6682 | DINATALE (AR-20% 1/15/2005) | GIOVANNI | 06/30/01 | - | - | 7,755.06 | Interest Earned | 214,556.65 |
| DG6682 | DINATALE (AR-20% 1/15/2005) | GIOVANNI | 09/30/01 | - | - | 8,045.87 | Interest Earned | 222,602.52 |
| DG6682 | DINATALE (AR-20% 1/15/2005) | GIOVANNI | 12/31/01 | - | - | 8,347.59 | Interest Earned | 230,950.12 |
| DG6682 | DINATALE (AR-20% 1/15/2005) | GIOVANNI | 03/28/02 | - | 23,000.00 | - | Withdrawal | 207,950.12 |
| DG6682 | DINATALE (AR-20% 1/15/2005) | GIOVANNI | 03/31/02 | - | - | 8,523.82 | Interest Earned | 216,473.93 |
| DG6682 | DINATALE (AR-20% 1/15/2005) | GIOVANNI | 06/30/02 | - | - | 8,117.77 | Interest Earned | 224,591.71 |
| DG6682 | DINATALE (AR-20% 1/15/2005) | GIOVANNI | 07/25/02 | - | 7,000.00 | - | Withdrawal | 217,591.71 |
| DG6682 | DINATALE (AR-20% 1/15/2005) | GIOVANNI | 09/30/02 | - | - | 8,362.21 | Interest Earned | 225,953.92 |

**NJ Affordable Homes**

Investor Activity

| ACCT | Last Name | First Name | Date | Deposit | Withdrawal/ Interest Payment | Accrued Interest | Description | Account Balance |
|---|---|---|---|---|---|---|---|---|
| DG6682 | DINATALE (AR-20% 1/15/2005) | GIOVANNI | 12/31/02 | - | - | 8,473.27 | Interest Earned | 234,427.19 |
| DG6682 | DINATALE (AR-20% 1/15/2005) | GIOVANNI | 03/31/03 | - | - | 5,080.41 | Interest Earned | 239,507.59 |
| DG6682 | DINATALE (AR-20% 1/15/2005) | GIOVANNI | 06/30/03 | - | - | 9,120.68 | Interest Earned | 248,628.28 |
| DG6682 | DINATALE (AR-20% 1/15/2005) | GIOVANNI | 09/25/03 | - | 3,000.00 | - | Withdrawal | 245,628.28 |
| DG6682 | DINATALE (AR-20% 1/15/2005) | GIOVANNI | 09/30/03 | - | - | 9,552.86 | Interest Earned | 255,181.14 |
| DG6682 | DINATALE (AR-20% 1/15/2005) | GIOVANNI | 11/22/03 | - | 25,000.00 | - | Withdrawal | 230,181.14 |
| DG6682 | DINATALE (AR-20% 1/15/2005) | GIOVANNI | 12/31/03 | - | - | 9,477.93 | Interest Earned | 239,659.07 |
| DG6682 | DINATALE (AR-20% 1/15/2005) | GIOVANNI | 02/13/04 | - | 10,000.00 | - | Interest Payment | 229,659.07 |
| DG6682 | DINATALE (AR-20% 1/15/2005) | GIOVANNI | 02/20/04 | - | 15,000.00 | - | Interest Payment | 214,659.07 |
| DG6682 | DINATALE (AR-20% 1/15/2005) | GIOVANNI | 03/31/04 | - | - | 8,757.88 | Interest Earned | 223,416.95 |
| DG6682 | DINATALE (AR-20% 1/15/2005) | GIOVANNI | 05/14/04 | - | 6,000.00 | - | Interest Payment | 217,416.95 |
| DG6682 | DINATALE (AR-20% 1/15/2005) | GIOVANNI | 06/30/04 | - | - | 8,457.38 | Interest Earned | 225,874.33 |
| DG6682 | DINATALE (AR-20% 1/15/2005) | GIOVANNI | 08/18/04 | - | 10,000.00 | - | Interest Payment | 215,874.33 |
| DG6682 | DINATALE (AR-20% 1/15/2005) | GIOVANNI | 09/07/04 | - | - | 6,347.50 | Interest Earned | 222,221.83 |
| DG6682 | DINATALE (AR-20% 1/15/2005) | GIOVANNI | 09/07/04 | - | 115,664.67 | - | Interest Payment | 106,557.16 |
| DG6682 | DINATALE (AR-20% 1/15/2005) | GIOVANNI | 09/07/04 | - | 40,000.00 | - | Withdrawal | 66,557.16 |
| DG6682 | DINATALE (AR-20% 1/15/2005) | GIOVANNI | 09/30/04 | - | - | 629.10 | Interest Earned | 67,186.26 |
| DG6682 | DINATALE (AR-20% 1/15/2005) | GIOVANNI | 12/31/04 | - | - | 2,855.42 | Interest Earned | 70,041.68 |
| DG6682 | DINATALE (AR-20% 1/15/2005) | GIOVANNI | 03/31/05 | - | - | 3,303.07 | Interest Earned | 73,344.75 |
| DG6682 | DINATALE (AR-20% 1/15/2005) | GIOVANNI | 06/30/05 | - | - | 3,667.24 | Interest Earned | 77,011.99 |
| **DG6682** | DINATALE (AR-20% 1/15/2005) | GIOVANNI | | 150,000.00 | 311,664.67 | 238,676.66 | | 77,011.99 |
| **Grand Total** | | | | 150,000.00 | 311,664.67 | 238,676.66 | | 77,011.99 |