| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT ELIADES & RAVIN LLC<br>80 Route 4 East<br>Paramus, NJ 07652<br>(201) 845-1000<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Harry M. Gutfleish (HMG-6483)<br>Kimberly J. Salomon (KJS-3076) | |
| In Re:<br><br>NJ AFFORDABLE HOMES CORP.,<br><br>                    Debtor. | Chapter 7<br>Case No. 05-60442 (DHS) |
| CHARLES M. FORMAN, as the Chapter 7 Trustee for NJ Affordable Homes Corp.,<br><br>                    Plaintiff,<br>v.<br><br>GIOVANNI DINATALE,<br><br>                    Defendant. | Adv. Pro. 07-2328 |

**APPLICATION REQUESTING ENTRY OF**
**<u>DEFAULT AGAINST GIOVANNI DINATALE</u>**

TO:    James J. Waldron, Clerk
          United States Bankruptcy Court
          50 Walnut Street – 3rd Floor
          Newark, NJ 07102

       Charles M. Forman, the chapter 7 trustee for NJ Affordable Homes Corp. and the plaintiff in this adversary proceeding, through his attorneys, Forman Holt Eliades & Ravin LLC, requests entry of default against Giovanni Dinatale in this action for failure to plead or otherwise

defend as provided by the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure.

                FORMAN HOLT ELIADES & RAVIN LLC
                Attorneys for Charles M. Forman,
                Chapter 7 Trustee

                By: */s/ Harry M. Gutfleish*
                      Harry M. Gutfleish (HMG-6483)
                      Kimberly J. Salomon (KJS-3076)

Dated: May 30, 2008

m:\cmf\njah\advpro\avoidance actions\winners\winner complaints\defendants\dinatale\defaults\applic-req-entry-deflt- dinatale.doc